UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

Weglarz et al.

Write the full name of each plaintiff or petitioner.

-against-

City of New York et al.

Write the full name of each defendant or respondent.

No. _19-10792_ CV _19-10792_

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __January 15, 2020__.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ■ a computer with internet access and a word processor

    type of computer I will be using: __Dell__

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

- type of word processor I will be using: Word

- ▪ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ▪ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: HP Smart

- ▪ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:
  Adobe Creative Cloud

- ▪ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

January 15, 2020                               *Pamela Lindemann*
Dated                                           Signature

Pamela Lindemann
Name

11076 Windsor Place Cir    Tampa           FL       33626
Address                    City            State    Zip Code

727-644-7382                pam@weglarzs.com
Telephone Number            E-mail Address

Application GRANTED. The Clerk of Court is respectfully directed to add Plaintiff Pamela Lindemann's e-mail to the docket and ensure this Plaintiff receives ECF notifications by e-mail, and to mail a copy of this Order to Plaintiffs.

Dated: January 16, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE