```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAWRENCE WEGLARZ, ET AL.,                                   :
                              Plaintiff,                    :
                                                            :      19 Civ. 10792 (LGS)
              -against-                                     :
                                                            :             ORDER
THE CITY OF NEW YORK, ET AL.,                               :
                              Defendants.                   :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on February 13, 2020. It is hereby

**ORDERED** that discovery will not be stayed. A case management plan ("CMP") will follow separately. As discussed at the conference and reflected in the CMP, the parties shall complete all written discovery in 60 days, or by **April 13, 2020**. It is further

**ORDERED** that the parties will be referred for a settlement conference before Judge Netburn. Until that conference is completed, no motions will be allowed. Within **one week** of the conclusion of the conference, the parties shall file a joint status letter proposing next steps, including for depositions and expert discovery if any.

Dated: February 13, 2020
       New York, New York

                              _____
                              LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE