UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LAWRENCE WEGLARZ, et al.

                            **Plaintiffs,**

      -against-

**THE CITY OF NEW YORK,**

                            **Defendant.**

----------------------------------------------------------------X

**19-CV-10792 (LGS)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2020

**SARAH NETBURN, United States Magistrate Judge**:

On Thursday, February 13, 2020, the Honorable Lorna G. Schofield assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

DATED:   February 13, 2020
             New York, New York

                                        SARAH NETBURN
                                        United States Magistrate Judge

cc:       Lawrence Weglarz
          11212 Moultrie Place
          Tampa, FL 33625

cc:       Pamela Lindemann
          11076 Windsor Place Cir
          Tampa, FL 33636