UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAWRENCE WEGLARZ, et al.,

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.
-----------------------------------------------------------------X

19-CV-10792 (LGS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the public health crisis, the settlement conference scheduled for Monday, April 27, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 24, 2020
                New York, New York