UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAWRENCE WEGLARZ, et al.,

                              **Plaintiffs,**            19-CV-10792 (LGS)(SN)

        -against-                          **SETTLEMENT CONFERENCE ORDER**

**THE CITY OF NEW YORK, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference scheduled for Monday, April 27, 2020, is adjourned to Monday July 27, 2020, in light of the parties' April 20, 2020 letter indicating that they have settled this matter in principle. ECF No. 41. If the parties finalize their settlement before that date, they shall inform the Court immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 21, 2020
              New York, New York