UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
LAWRENCE WEGLARZ, ET AL.,         :
                        Plaintiff,       :        19 Civ. 10792 (LGS)
                                                    :
                  -against-               :        <u>ORDER</u>
                                                    :
THE CITY OF NEW YORK, ET AL.,    :
                        Defendants.     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety (90) days of this Order.  Any application to reopen filed after ninety (90) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

       By **May 8, 2020**, Defendants shall email a copy of this Order to pro se Plaintiffs and file a proof of service on the docket.

Dated:  May 5, 2020
        New York, New York

                                                             LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE